**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TESSIE L. McFARLAND,

    Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT,

    Defendant.

No. C 01-4682 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. She says that the police, who were engaged in a high-speed chase of the car in which she was a passenger, shot her when exchanging gunfire with the driver. The complaint was dismissed with leave to amend.

The court's order denying plaintiff's extending time for plaintiff to amend has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: March 28, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.01\MCFARLAND682.MAIL